UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Travelers Casualty Insurance Co. of America,<br><br>        Plaintiff,<br><br>    -v-<br><br>Mt. Hawley Insurance Co.,<br><br>        Defendant. | 23-cv-01087 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On June 29, 2023 the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel have informed the Court that the parties have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 45 days from the date hereof to reopen the case if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
June 29, 2022

                                                      JED S. RAKOFF, U.S.D.J.